IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RODNEY LOWERY,

        Petitioner,

vs.                                          CASE NO. 5:05cv180/RS

JOSE BARRON,

        Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 18). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Petition for Writ of Habeas Corpus (Document 1) is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on May 31, 2006.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**